IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN MILLER, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:18cv142–HEH
)
BETTER HOUSING COALITION, )
)
    Defendant. )

## FINAL ORDER

THIS MATTER is before the Court on a Notice of Dismissal (ECF No. 10) filed by the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                /s/
                                            Henry E. Hudson
                                            Senior United States District Judge

Date: July 2, 2018
Richmond, VA